Circuit Court for Baltimore County
Case No. C-03-CR-19-000076

IN THE COURT OF APPEALS

OF MARYLAND

No. 67

September Term, 2021

STATE OF MARYLAND

v.

DE'SHON C. RODGERS

Fader, C.J.
Watts
Hotten
Booth
Biran
Gould
Eaves,

JJ.

PER CURIAM ORDER

Filed: April 28, 2022

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| | | |
|---|---|---|
| **STATE OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| | * | **OF MARYLAND** |
| **v.** | * | **COA-REG-0067-2021** |
| | * | **No. 67** |
| **DE'SHON C. RODGERS** | * | **September Term, 2021** |

## PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above-captioned case, it is this 28th day of April, 2022

**ORDERED,** by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals is vacated and the case is remanded to that Court to consider whether or not the holding in *Lopez-Villa v. State*, No. 22 (September Term, 2021) should be applied in this case and, if so, to reconsider its prior opinion concerning whether the trial court erred in not asking requested *voir dire* question(s); and it is further

**ORDERED,** that the case is remanded to the Court of Special Appeals for consideration and resolution of the remaining two issues raised on brief by Respondent, De'Shon C. Rodgers, before that Court, namely:

Did the trial court err by permitting Officer Brian H. Carver to offer expert testimony about Rodgers' actions in an aerial video without being qualified as an expert witness?

Did the trial court err by preventing defense counsel from cross-examining Officer Alexander A. Pearson about his failure to comply with department

policy that required him to file a complaint against Officer First Class Thorne A. Allen for use of excessive force?

and it is further

     **ORDERED,** that costs are to be paid by Respondent.

/s/ Matthew J. Fader  
Chief Judge